Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
BERGSTROM LAW, LTD.
9555 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
File 23248 || P (702) 333-0007 | F (702) 333-1524
jbergstrom@jbergstromlaw.com

# UNITED STATES DISTRICT COURT
***
# STATE OF NEVADA

| | |
|---|---|
| ROCKY D. BRIGHT, | Case No.: 2:17-cv-01971-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S PRE-TRIAL ORDER AND EXTEND DEADLINE TO FILE JOINT PRE-TRIAL ORDER** |
| BERGSTROM LAW, LTD. and ARROWOOD INDEMNITY COMPANY, | |
| Defendants. | |

Defendants, BERGSTROM LAW, LTD. and ARROWOOD INDEMNITY COMPANY (hereinafter referred to as "Defendants"), by and through their attorney of record, Jeremy T. Bergstrom, Esq., and Plaintiff, Rocky D. Bright, by and through his attorney of record, Michael Kind, Esq., agree and stipulate as follows:

On August 17, 2018, Plaintiff unilaterally filed his proposed pretrial order. ECF No. 27. Defense counsel now agrees to meet and confer regarding a joint proposed pretrial order and the parties agree that a joint proposed pretrial order is preferable. LR 16-4.

It is therefore stipulated as follows:

(1) Plaintiff's unilateral proposed pretrial order ECF No. 27 is, Withdrawn; and

1

1     (2) The parties will file their joint pre-trial order on or before August 27, 2018.

2     DATED this 20th day of August 2018.

| BERGSTROM LAW, LTD. | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Jeremy T. Bergstrom, Esq. | /s/ Michael Kind, Esq. |
| Jeremy T. Bergstrom, Esq. | Michael Kind, Esq. |
| Nevada Bar No.: 6904 | Nevada Bar No.: 13903 |
| Attorney for Defendants | Attorney for Plaintiff |

**IT IS SO ORDERED.**

_____
**UNITED STATES ~~DISTRICT~~ JUDGE**
Magistrate
August 22, 2018

Respectfully Submitted by:

BERGSTROM LAW, LTD.

/s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
Attorney for Defendants