# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROCKY D. BRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>BERGSTROM LAW, LTD and ARROWOOD INDEMNITY COMPANY,<br><br>        Defendants. | 2:17-cv-01971-JAD-VCF<br><br>**ORDER** |

    Before the court is *Rocky D. Bright v Bergstrom Law, LTD and Arrowood Indemnity Company*, case number 2:17-cv-01971-JAD-VCF.

    The parties were ordered to file a proposed stipulation and order for dismissal on or before October 31, 2018. (ECF NO. 31). To date, no proposed stipulation and order for dismissal has been filed.

    Accordingly,

    IT IS HEREBY ORDERED that a status hearing is scheduled for 11:30 AM, December 6, 2018, in Courtroom 3D. The status hearing will be vacated upon the filing of a proposed stipulation and order for dismissal.

    DATED this 14th day of November, 2018.

                                                                                  CAM FERENBACH
                                                                                UNITED STATES MAGISTRATE JUDGE