Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Rocky D. Bright*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Rocky D. Bright,<br><br>Plaintiff,<br><br>v.<br><br>Bergstrom Law, LTD and Arrowood Indemnity Company,<br><br>Defendants. | Case No. 2:17-cv-01971-JAD-VCF<br><br>**Stipulation of Dismissal**<br><br><br>ECF No. 33 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rocky D. Bright ("Plaintiff") and Defendants Bergstrom Law, LTD and Arrowood Indemnity Company ("Defendants") stipulate to dismiss with prejudice Plaintiff's claims in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 5th day of December 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**BERGSTROM LAW, LTD**

By: /s/ Jeremy T. Bergstrom
Jeremy Todd Bergstrom, Esq.
9555 S. Eastern Ave., Ste 200
Las Vegas, NV 89123
*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 10, 2018